IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00683-PSF-MJW

MARK WHITE,

Plaintiff(s),

v.

HOME DEPOT U.S.A., INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no.28) is GRANTED. The written Stipulated Protective Order is APPROVED as amended in paragraphs 13 and 19 and made an Order of Court.

Date: December 5, 2005