IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00683-PSF-MJW

MARK WHITE,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC., a Delaware corporation.

    Defendant.

---

## ~~MINUTE~~ ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER
( Docket No. 10 )

---

The Court hereby grants Plaintiff's Unopposed Motion to Amend Scheduling Order and extends the following deadlines by 45-days:

| Deadline | New Date | Old Date |
| --- | --- | --- |
| Discovery cut off | February 27, 2006 | January 13, 2006 |
| Last day to serve written discovery | January 27, 2006 | December 9, 2005 |
| Rebuttal Expert Witness Disclosures | January 30, 2006 | December 16, 2005 |
| Dispositive Motions | March 30, 2006 | February 13, 2006 |

DATED this 13th day of December, 2005.

_____
U.S. Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE