IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00683-PSF-MJW

MARK WHITE,

        Plaintiff,

v.

HOME DEPOT U.S.A., INC., a Delaware corporation.

        Defendant.

---

**AMENDED ORDER GRANTING
DEFENDANT'S UNOPPOSED MOTION TO EXTEND REBUTTAL EXPERT
DESIGNATION DEADLINE**
(DOCKET NUMBER 36)

---

This matter comes before the Court on Defendant's Unopposed Motion To Extend Rebuttal Expert Designation Deadline.  Being fully advised in the premises, the Unopposed Motion is GRANTED, and Defendant's deadline to designate rebuttal expert witnesses is extended from January 30, 2006, to and including February 28, 2006.

Dated:  January 6, 2006    BY THE COURT:

                                       s/ Michael J. Watanabe
                                       MICHAEL J. WATANABE
                                       United States Magistrate Judge