IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00683-PSF-MJW

MARK WHITE,

Plaintiff(s),

v.

HOME DEPOT U.S.A., INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Second Motion to Amend Scheduling Order (docket no. 41) is GRANTED finding good cause shown.  The deadline to serve written discovery is extended to March 1, 2006.  The deadline to complete discovery is extended to March 30, 2006.  The Rule 16 Scheduling Order is amended consistent with this minute order.

    It is FURTHER ORDERED that Defendant shall have up to and including March 13, 2006, to respond to Plaintiff's Motion to Compel (docket no. 40).

Date:  February 23, 2006