IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00683-PSF-MJW

MARK WHITE,

Plaintiff(s),

v.

HOME DEPOT U.S.A., INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby **ORDERED** that Plaintiff's Motion to Compel (docket no. 40) is set for oral argument on April 13, 2006, at 8:30 a.m. At the April 13, 2006 hearing, this court will first conduct the final pretrial conference and thereafter hear oral argument on the Plaintiff's Motion to Compel (docket no. 40).

     It is **FURTHER ORDERED** that Plaintiff shall provide to this court, a reply to Defendant's response to Plaintiff's Motion to Compel (docket no. 40) **on or before March 31, 2006.** In Plaintiff's reply, Plaintiff shall provide this court with an itemized list of discovery requests that are still outstanding since in Defendant's response it appears that a number of the outstanding discovery requests that are outlined in the Plaintiff's Motion to Compel (docket no. 40) have now been provided to Plaintiff. The itemized list shall identify the specific numbered interrogatory, request for production of document or request for admission and shall further describe **with particularity** exactly what has not been provided to Plaintiff.

Date:  March 21, 2006