# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**  05-cv-00683-PSF-MJW          FTR

**Date:**  April 13, 2006          Shelley Moore, Deputy Clerk

MARK WHITE,          Andrea Kershner
         Elwyn F. Schaefer

         Plaintiff(s),

v.

HOME DEPOT U.S.A., INC.,          Daniel Friesen
         Shannon Spalding

         Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**FINAL PRETRIAL CONFERENCE**

**Court in session 8:40 a.m.**

Court calls case.  Appearances of counsel.

The proposed Final Pretrial Order is reviewed.

**ORDERED:**  The Final Pretrial Order is approved and shall be filed.

| | |
|---|---|
| 8:40 a.m. | Ms. Kershner presents argument on Plaintiff's Motion to Compel. |
| 8:45 a.m. | Mr. Friesen presents responsive argument on the same. |
| 8:49 a.m. | Ms. Kershner presents reply argument. |
| 8:52 a.m. | Ms. Kershner continues argument on the motion in the areas of interrogatories and document requests. |

Plaintiff tenders to the court two documents, which are e-mails, and requests that they be sealed.

| | |
|---|---|
| 9:03 a.m. | Mr. Friesen presents responsive argument on the remainder of the motion. |
| 9:16 a.m. | Ms. Kershner presents final reply argument. |

**ORDERED:**  Plaintiff's Motion to Compel (document 40) is taken **under advisement**.

**ORDERED:** The two e-mails tendered to the court, deposition exhibits 50 and 71 to Ms. Farrington's deposition, shall be SEALED.

9:25 a.m.   Ms. Kershner present argument on Plaintiff's Motion to Strike Defendant's Expert Witness.

9:26 a.m.   Mr. Friesen present responsive argument.

9:30 a.m.   Ms. Kershner presents reply argument.

**ORDERED:** Defendant shall have up to and including April 24, 2006 to file written response to Plaintiff's Motion to Strike Defendant's Expert Witness.

**ORDERED:** Plaintiff's Motion to Strike Defendant's Expert Witness (document 57) is taken **under advisement**.

**ORDERED:** The parties are instructed to contact Judge Figa's chambers today to obtain a trial date.

Defendant makes Oral Motion to Extend Dispositive Motion Deadline.

Mr. Schaefer states that Plaintiff has no objection.

**ORDERED:** Defendant's Oral Motion to Extend Dispositive Motion Deadline is GRANTED. The dispositive motion deadline is extended to May 4, 2006.

**Court in Recess 9:35 a .m.**
Total In-Court Time 0:55, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  05-cv-00683-PSF-MJW                FTR

**Date:**  April 13, 2006                                Shelley Moore, Deputy Clerk

MARK WHITE,                                              Andrea Kershner
                                                         Elwyn F. Schaefer
                Plaintiff(s),

v.

HOME DEPOT U.S.A., INC.,                                 Daniel Friesen
                                                         Shannon Spalding
                Defendant(s).

**COURTROOM MINUTES / MINUTE ORDER**

**FINAL PRETRIAL CONFERENCE**

**Court in session 8:40 a.m.**

Court calls case.  Appearances of counsel.

The proposed Final Pretrial Order is reviewed.

**ORDERED:**  The Final Pretrial Order is approved and shall be filed.

| | |
|---|---|
| 8:40 a.m. | Ms. Kershner presents argument on Plaintiff's Motion to Compel. |
| 8:45 a.m. | Mr. Friesen presents responsive argument on the same. |
| 8:49 a.m. | Ms. Kershner presents reply argument. |
| 8:52 a.m. | Ms. Kershner continues argument on the motion in the areas of interrogatories and document requests. |

Plaintiff tenders to the court two documents, which are e-mails, and requests that they be sealed.

| | |
|---|---|
| 9:03 a.m. | Mr. Friesen presents responsive argument on the remainder of the motion. |
| 9:16 a.m. | Ms. Kershner presents final reply argument. |

**ORDERED:**  Plaintiff's Motion to Compel (document 40) is taken **under advisement**.

**ORDERED:** The two e-mails tendered to the court , deposition exhibits 50 and 71 to Ms. Farrington's deposition, shall be SEALED.

- 9:25 a.m.    Ms. Kershner present argument on Plaintiff's Motion to Strike Defendant's Expert Witness.

- 9:26 a.m.    Mr. Friesen present responsive argument.

- 9:30 a.m.    Ms. Kershner presents reply argument.

**ORDERED:** Defendant shall have up to and including April 24, 2006 to file written response to Plaintiff's Motion to Strike Defendant's Expert Witness.

**ORDERED:** Plaintiff's Motion to Strike Defendant's Expert Witness (document 57) is taken **under advisement**.

**ORDERED:** The parties are instructed to contact Judge Figa's chambers today to obtain a trial date.

Defendant makes Oral Motion to Extend Dispositive Motion Deadline.

Mr. Schaefer states that Plaintiff has no objection.

**ORDERED:** Defendant's Oral Motion to Extend Dispositive Motion Deadline is GRANTED. The dispositive motion deadline is extended to May 4, 2006.

**Court in Recess 9:35 a .m.**
Total In-Court Time 0:55, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.