IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00683-PSF-MJW

MARK WHITE,

     Plaintiff,

v.

HOME DEPOT U.S.A., INC., a Delaware corporation,

     Defendant.

---

## ORDER SETTING CASE FOR TRIAL

---

The Court has reviewed the parties' Joint Motion to Set Trial (Dkt. # 74).  It is hereby ORDERED that the above-captioned matter has been scheduled for a **seven-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **September 11, 2006 at 1:30 p.m.**

A Final Trial Preparation Conference is set for **September 1, 2006 at 9:00 a.m.** The parties are expected to be fully prepared for trial at that time.  **Lead counsel who will try the case shall attend.**

     DATED: April 21, 2006

                                         BY THE COURT:

                                         *s/ Phillip S. Figa*

                                         _____

                                         Phillip S. Figa
                                         United States District Judge