IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00683-PSF-MJW

MARK WHITE,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC., a Delaware corporation.

    Defendant.

---

### ORDER RE: PLAINTIFF'S UNOPPOSED MOTION TO AMEND FINAL PRETRIAL ORDER
### (Docket No. 81)

The Court having fully reviewed Plaintiff's Unopposed Motion to Amend Final Pretrial Order and the Court's file in this case,

HEREBY grants Plaintiff's Unopposed Motion and directs the Clerk of the Court to enter the Amended Final Pretrial Order. ~~into the Court's docket.~~

DATED this 17 day of May, 2006.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE