IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00683-PSF-MJW

MARK WHITE,

Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion for Leave to Depose Kenny Henderson and Everett Williams (docket no. 97) is DENIED.  This motion was filed after the close of discovery and therefore Defendant must be the "good cause" standard as outlined in Fed. R. Civ. P. 16(b).  Moreover, a jury trial is set before Judge Figa on September 11, 2006, and a trial preparation conference is set before Judge Figa on September 1, 2006.  The Amended Pretrial Order was entered by Magistrate Judge Watanabe on May 17, 2006.  The parties have known about witnesses Kenny Henderson and Everett Williams throughout most of the litigation.  The current addresses and telephone numbers for Mr. Henderson and Mr. Williams have been at issue during this litigation. My rulings on various motions to compel filed in the lawsuit concerning personnel files of employees of the Defendant including but not limited to Mr. Henderson and Mr. Williams have been addressed.  The parties have had adequate time to depose both Mr. Henderson and Mr. Williams, and both sides had plenty of time to try and locate these two witnesses.  Accordingly, I do not find "good cause" shown as required under Fed. R. Civ. P. 16(b) and under <u>Marcin Engineering, LLC. v. Founders at Grizzly Ranch, LLC</u>, 219 F.R.D. 516, 521 (D. Colo. 2003), to re-open discovery at this late stage of the proceedings. I further find that this motion and relief sought is untimely and to re-open discovery would be prejudicial to Plaintiff.

Date: July 18, 2006