IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00683-PSF-MJW

MARK WHITE,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC., a Delaware corporation.

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    In accordance with the parties having filed a Joint Stipulated Motion for Dismissal with Prejudice (Dkt. # 114) pursuant to F.R.Civ.P. 41(a)(1), the complaint is hereby DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

    DATED:  August 10, 2006